# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2448 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 177 DB 2017 |
| | : | |
| v. | : | Attorney Registration No. 312293 |
| | : | |
| DANIEL JOSEPH D'ANTONIO, | : | (Lackawanna County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 1st day of March, 2018, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Daniel Joseph D'Antonio is suspended on consent from the Bar of this Commonwealth for a period of two years. He shall comply with all the provisions of Pa.R.D.E. 217.

 Respondent shall pay the costs incurred by the Disciplinary Board in the investigation and prosecution of this matter.